

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Cintas-R.U.S., L.P.,

Vs. No. 11-19-00145-CV

Dave's Tubing Testing and Hot
Oil Service, Inc.,

\* From the 118th District Court
  of Howard County,
  Trial Court No. 51081

\* June 10, 2021

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Cintas-R.U.S., L.P.